FR: James T. Murzike #L07713
Florida State Prison
P.O. Box 800
Raiford, FL 32083

TO: Inspector general office
TO: Clerk of courts

United States District Court
Middle District of Florida
Jacksonville Division

Murzike, vs. Woods, W.
Plaintiff        Defendant

Case No: 3:26cu-1054-JEP-MCR

**LEGAL MAIL**
Provided to Florida State Prison on
_____ for mailing by ____

Please thoroughly investigate & take action asap!

I I/m Murzike, James #L07713 April 21st 2026 am filing all legal procedures.

Re: criminal-charges on all violations from C.o. Woods, W. whn I I/m Murzike, was housed in B-11135 on April 21st, 2026 at 9:50 Am thru 10:35am C.o. Woods, on video Re: approach my cell B-11135 "sexual assaulted"/ "battered me" force me to spread my ass cheeks open for five (5) minutes & reach into my gulteen box inserted unknown substance into my rectum "sexually assaulted"/ "battered me" with a deadly weapon & deprived me of mental Health Treatment & medical care. P.P.D. 602.033 policy retain all audio/video cameras on 1st floor of cell B-11135 I remained in cell untreated & denied medical & mental Health care Please Report & file all violation To F.D.L.E. Inspector general office And State attorney office" for criminal charges of all "pres-sexual abuse-Battery physical violent-abuse Battery! on 4-21-26 B-wing 1st floor as 9:50am - 10:35am. Please send Investigators out from outside to Interview & take photos & file criminal charges I have been both sexual assaulted & Buttocked & denied medical & mental Health care I seek To be removed from B-wing & transfered from This prison & seek C.o. Woods, W. punish for This action & filed & was around me & no retaliation or bogus D.R.'s given To me By noted officials or commander I/m being repeatedly toucher, sexual abuse, & deprived of food & mental Health care.

4-21-26
Date

/s/ James T. Murzike
#L07713